NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JESSICA ROSE THOMAS,                    )
                                        )
      Appellant,                        )
                                        )
v.                                      )          Case No.  2D17-537
                                        )
STATE OF FLORIDA,                       )
                                        )
      Appellee.                         )
_____     )

Opinion filed June 29, 2018.

Appeal from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Howard L. Dimmig, II, Public Defender,
and William L. Sharwell, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

      Affirmed.

LaROSE, C.J., and SILBERMAN and LUCAS, JJ., Concur.